IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


PATRICK CHARLES HANNON,

    Petitioner,

v.                                CASE NO. 8:06-cv-2200-T-24TBM

JAMES R. McDONOUGH,
    Secretary, Florida
    Department of Corrections

    Respondent.

and

CHARLES J. CRIST, JR.,
    Attorney General,

    Additional Respondent.
_____/

**PETITIONER'S RENEWED MOTION FOR NUNC PRO TUNC APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT**

    Pursuant to 18 U.S.C. §§ 3006A and 3599 Petitioner respectfully moves for an order appointing the Office of the Capital Collateral Regional Counsel-South (CCRC-S) as counsel to represent him in this federal habeas corpus action. In support of the motion, Petitioner shows:

    1.    Petitioner is a prisoner presently under a sentence of death in the State of Florida.

    2.    Petitioner is seeking federal habeas corpus relief in this district court.

    3.    Petitioner is indigent and unable to pay the costs incident to a 28 U.S.C. § 2254 action. He was permitted to proceed in forma pauperis in his state court postconviction proceedings.

    4.    CCRC-S is a state agency charged with the statutory responsibility of providing legal representation in both state and federal capital postconviction proceedings to persons convicted and sentenced to death in Florida. Part IV, Chapter 27, Florida Statutes (1994), is the

CCRC-S enabling statute.

5. CCRC has been the attorney of record for Petitioner in his state postconviction proceedings since 1991. It is the policy of the Eleventh Circuit that where the experience of counsel is apparent and no potential conflict of interest exists, district judges should appoint the <u>same</u> lawyers involved in the state postconviction and habeas proceedings as counsel in the federal habeas proceedings.

6. The State of Florida, unlike many jurisdictions, has established a statutory right to counsel in capital postconviction proceedings. It has created and has specially funded CCRC to provide counsel to death-sentenced inmates in postconviction collateral actions. CCRC representation extends to <u>both</u> the state and federal system to ensure continuity of counsel.

7. Both the United States Judicial Conference and the Eleventh Circuit have recognized that Criminal Justice Act funds are appropriate for jurisdictions such as Florida which have made a substantial fiscal contribution to providing counsel for death-sentenced inmates.

8. Section 27.702(3)(a) Florida Statutes (2003) states:

> (3)(a) The capital collateral regional counsel shall file motions seeking compensation for representation and reimbursement for expenses pursuant to 18 U.S.C. s. 3006A when providing representation to indigent persons in the federal courts, and shall deposit all such payments received into the Capital Collateral Trust Fund established for such purpose.

**WHEREFORE**, Petitioner requests:

1. Petitioner be declared indigent and unable to pay the costs attendant to these 28 U.S.C. § 2254 proceedings.

2. CCRC-S be appointed counsel for Petitioner pursuant to 18 U.S.C. §§ 3006A and 3599 and that the date of appointment be entered <u>nunc pro tunc</u> to the date of the denial of Petitioner's state postconviction action(s) by the Florida Supreme Court, August 31, 2006, with the mandate of that Court issuing on November 13, 2006.

3. Petitioner be authorized, after appropriate application, to obtain investigative, expert or other services pursuant to 18 U.S.C. §§ 3006A and 3599.

4. CCRC-S be awarded attorney compensation to be paid to the Capital Collateral Regional Counsel Trust Fund.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2006, I electronically filed the foregoing Petitioner's Renewed Motion for Nunc Pro Tunc Appointment with the Clerk of Court by using the CM/ECF system. I further certify that notice has been electronically mailed to Katherine Blanco, Assistant Attorney General, at katherine_blanco@oag.state.fl.us.

NEAL A. DUPREE
Capital Collateral Regional Counsel-
Southern Region
Florida Bar No. 311545

s/ William M. Hennis III
WILLIAM M. HENNIS III
Litigation Director
Florida Bar No. 0066850
hennisw@ccsr.state.fl.us

OFFICE OF THE CAPITAL
COLLATERAL REGIONAL COUNSEL
101 N.E. 3rd Ave., Suite 400
Fort Lauderdale, FL 33301
(954) 713-1284